```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/07/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JACQUELINE FERNANDEZ,

                Plaintiff,

     -against-

AUTOMATIC APPLIANCE PARTS, INC,

               Defendant.
-----------------------------------------------------------------X

25-CV-2705 (DEH) (KHP)

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

**KATHARINE H. PARKER, United States Magistrate Judge:**

A case management conference in this matter is scheduled for **Wednesday, September 3, 2025 at 3:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

     **SO ORDERED.**

DATED:    New York, New York
               August 7, 2025

                                           _____
                                           KATHARINE H. PARKER
                                           United States Magistrate Judge