USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/3/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JACQUELINE FERNANDEZ,

                        Plaintiff,

         -against-

AUTOMATIC APPLIANCE PARTS, INC.,

                        Defendant.
-------------------------------------------------------------------X

25-CV-2705 (DEH) (KHP)

**POST-CONFERENCE ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

        On September 3, 2025, the parties appeared before the undersigned judge for an initial case management conference. As discussed at the conference and set forth below:

        Affirmative expert reports shall be served **by October 15, 2025**. Rebuttal expert reports shall be served **by November 15, 2025**.

        Defendant shall file any motion for summary judgment **by January 9, 2026**. Plaintiff shall file her opposition and any cross-motion for summary judgment **by February 9, 2026**. Defendant shall file its opposition and reply **by February 23, 2026**. Plaintiff shall file her reply **by March 9, 2026**.

        The parties shall file a Joint Status Letter updating the Court on the status of discovery and any significant case developments **by October 3, 2025**.

        SO ORDERED.

Dated: September 3, 2025
        New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge