

YAAKOV SAKS▲■*
JUDAH STEIN▲■
ELIYAHU BABAD▲■
RAMI M. SALIM▲■

▲ NJBar Admissions
^ CT & NJ Bar Admissions
■ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

October 3, 2025

**<u>Via CM/ECF</u>**
The Honorable Katharine H. Parker
United States District Court
Southern District of New York

RE:   *Fernandez v. Automatic Appliance Parts, Inc.*
      Case No. 2:24-cv-02705-DEH-KHP

Dear Judge Parker:

Pursuant to the Order entered on September 3, 2025, Plaintiff Jacqueline Fernandez ("Plaintiff") respectfully submits the within status letter.

Plaintiff served interrogatories, requests for production, requests for admission, and Rule 26 disclosures on September 5, 2025. Defendant has not yet responded to the discovery demands. The parties are currently in the process of scheduling Plaintiff's deposition.

The parties have not discussed a resolution to this matter. Plaintiff sent this letter to Defendant's counsel for input and confirmation but did not hear back.

Thank you for your Honor's considerations.

Respectfully Submitted,

/s/ Rami Salim
Rami Salim, Esq.
*Attorney for Plaintiff*