**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JACQUELINE FERNANDEZ, on behalf of herself and all others similarly situated,

Plaintiffs,

v.

AUTOMATIC APPLIANCE PARTS, INC.,

Defendant.

**CASE NO.: 1:25-cv-02705-DEH-KHP**

# DEFENDANT'S NOTICE OF DEPOSITION OF JACQUELINE FERNANDEZ

**PLEASE TAKE NOTICE** that the undersigned attorney will take the deposition of Plaintiff Jacqueline Fernandez on December 15, 2025, at 11:00am EST via remote technology (e.g. ZOOM). Log-in instructions will be provided prior to the date of the deposition. The deposition will be taken upon oral examination via audio, audiovisual, or stenographic means before a Court Reporter or other officer authorized by law to administer oaths, who is not of counsel to the parties or interested in the events of this cause. This deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure, by said officer until said testimony shall be completed.

Dated this December 3, 2025

Respectfully submitted,

Spire Law, PLLC
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765

By: *<u>/s/Ian E. Smith</u>*
Ian E. Smith, Esq.
New York Bar No. 4027447
ian@spirelawfirm.com
sarah@spirelawfirm.com
filings@spirelawfirm.com

Attorney for Defendant